# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **SJR DEVELOPMENT LLC,**<br><br>    Plaintiff,<br><br>v.<br><br><br>**ALLTEX REFINERY LLC,**<br>**RUSSELL L. VERA,**<br><br><br>    Defendants. | **CASE NO.: 1:21-CV-00647-DII**<br><br><br><br>**DEMAND FOR JURY TRIAL** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SJR Development, LLC ("Plaintiff") hereby voluntarily dismisses <u>without</u> prejudice the above-referenced action against Alltex Refinery, LLC, with all parties to bear their own fees and costs. This Notice of Dismissal is being filed with the Court before service of an answer or motion for summary judgment by any said defendant in this case.

DATED:  August 1, 2023

                                                Respectfully submitted,

                                                <u>/s/ Mateo Z. Fowler</u>
                                                Mateo Z. Fowler
                                                State Bar No. 24062726
                                                mateofowler@mzflaw.com
                                                **MZF LAW, PLLC**
                                                1211 W. 6th Street, Ste. 600-143

Austin, Texas 78703  
Telephone: +1 281.546.5172

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2023, I electronically filed the foregoing document with the Court using CM/ECF and served on the same day all counsel of record via the CM/ECF notification system and published said document to the website located at:

www.sjrdevelopmentllcvalltexrefineryllcetal.com.

/s/ Mateo Z. Fowler